**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7599**

DEBORAH J. SANDERS,

              Petitioner – Appellant,

        v.

WARDEN OF LEATH CORRECTIONAL INSTITUTION,

              Respondent – Appellee,

        and

SOUTH CAROLINA, State of,

              Respondent.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  David C. Norton, District Judge.
(8:14-cv-02403-DCN)

Submitted:  March 14, 2016          Decided:  April 5, 2016

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Deborah J. Sanders, Appellant Pro Se. Donald John Zelenka,
Senior Assistant Attorney General, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah J. Sanders seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying her 28 U.S.C. § 2254 petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on August 2, 2015. The notice of appeal was filed, at the earliest, on October 7, 2015. Because Sanders failed to file a timely notice of appeal or obtain an extension or reopening of the appeal period, we dismiss the appeal.* We dispense with oral argument because the facts and legal contentions are adequately

---

* Additionally, Sanders failed to file timely objections to the magistrate judge's report and recommendation, despite having been properly warned of the consequences of failing to do so. Thus, she has also waived appellate review of her claims. See Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985).

presented in the materials before this court and argument would not aid the decisional process.

DISMISSED